Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7300 | **DATE** | 5/27/2011 |
| **CASE TITLE** | Fox Valley Construction vs. Lonnie Dantzler | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion for entry of default judgment is granted (15). Enter Order. It is ordered that judgment is entered in favor of plaintiff in the amount of $17,142.30, plus post-judgment interest. It is further ordered that plaintiffs are awarded their costs and attorneys' fees.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|