UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 21 2012
MAY 21, 2012
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

FOX VALLEY CONSTRUCTION WORKERS )
FRINGE BENEFIT FUNDS, et al., )
                Plaintiffs, )
)
vs. ) CIVIL ACTION
)
LONNIE DANTZLER, d/b/a D AND B CONSTRUCTION, ) NO. 10 C 7300
)
                Defendant, ) JUDGE MATTHEW F. KENNELLY
)
and )
)
F.H. PASCHEN, S.N. NIELSEN & ASSOCIATES, LLC, )
8725 W. Higgins Road, Suite 200 )
Chicago, IL 60631-2728 )
773-444-3474 )
                Garnishee )
                Defendant. )

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: No
                (Yes or No)

2. If your answer is yes, describe the property:

There is unpaid retention held by the Public Building Commission of Chicago of $2,849.71 on the Gwendolyn Brooks College Prepatory Academy construction project. The retention is subject to a deductive change order for D and B Construction's failure to complete their contract scope of work that exceeds the amount of the withheld retention.

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: No
                (Yes or No)

4. If your answer is yes, state:
    Description: _____
    Amount: $ _____
    Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

**AFFIDAVIT**

Thomas R. Schutt _____ on oath states that the answers to the interrogatories are true. _____ 5-17-12