# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Fox Valley Construction Workers Fringe Benefit Funds, et al.

                Plaintiff,

v.

Lonnie Dantzler

                Defendant.

Case No.: 1:10−cv−07300

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 17, 2012:

    MINUTE entry before Honorable Matthew F. Kennelly:Motion for order setting a rule to show cause hearing [40] is granted. Show Cause Hearing set for 12/18/2012 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.