IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FOX VALLEY CONSTRUCTION )
WORKERS FRINGE BENEFIT FUNDS, )
*et al.*, )
       )      CIVIL ACTION
            Plaintiffs, )
       )      NO. 10 C 7300
     vs. )
       )      JUDGE MATTHEW F. KENNELLY
LONNIE DANTZLER, d/b/a D AND B )
CONSTRUCTION, )
       )
            Defendant, )
       )
     and )
       )
DEE AND BEE CONSTRUCTION, INC., )
       )
            Citation Respondent. )

**ORDER**

THIS MATTER, coming on to be heard upon Motion of Plaintiffs herein, by their attorneys,

it appearing to the Court that the Citation Respondent, Dee and Bee Construction, Inc., has failed

to comply with the Citation to Discover Assets to Third Party issued by this Court on June 29, 2012;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

That KEVIN DANTZLER, in his capacity as an officer and agent of Citation Respondent,

Dee and Bee Construction, Inc.,  appear before this Court on **Tuesday**, the **18th** day of **December**

**2012** at **9:30 a.m.** in Courtroom 2103, 219 S. Dearborn Street, Chicago, IL 60604, to show cause

why he should not be held in contempt of Court for failure to comply with the Citation to Discover

Assets to Third Party issued by this Court on June 29, 2012 and served upon Citation Respondent

on July 24, 2012.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2012

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Order) to be served upon:

Mr. Kevin Dantzler, President                Mr. Kevin Dantzler, President
Dee and Bee Construction, Inc.              Dee and Bee Construction, Inc.
11643 S. Racine                             400 W. 76th Street, Suite 336
Chicago, IL   60643                         Chicago, IL   60620-1640

by U.S. Mail on or before the hour of 5:00 p.m. this 17th day of October 2012.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

G:\GKENNELL\Daily Orders\10c7300 (Oct 18).wpd