**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Fox Valley Construction Workers Fringe Benefit Funds, et al.

                Plaintiff,

v.                                      Case No.: 1:10−cv−07300
                                      Honorable Matthew F. Kennelly

Lonnie Dantzler

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 18, 2012:

    MINUTE entry before Honorable Matthew F. Kennelly:Show cause hearing held. Status hearing set for 1/16/2013 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.